# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN A. ROTH & DENICE A. SCHAEFER-ROTH  Case Number: 08-71399
POST OFFICE BOX 726        SSN-xxx-xx-8078 & xxx-xx-5662
MCHENRY, IL  60051

Case filed on: 5/2/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | THE LAW OFFICES OF DAVID L. STRETCH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 10,207.38 | 10,207.38 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 10,207.38 | 10,207.38 | 0.00 | 0.00 |
| 024 | JOHN A. ROTH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ONYX ACCEPTANCE CORP | 4,126.60 | 4,126.60 | 0.00 | 0.00 |
| 023 | KRISHNAPPA NAYARANA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 4,126.60 | 4,126.60 | 0.00 | 0.00 |
| 001 | ONYX ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 4,922.18 | 4,922.18 | 0.00 | 0.00 |
| 005 | A/R CONCEPTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN FAMILY INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CENTEGRA NORTHERN ILLINOIS MED CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 1,213.33 | 1,213.33 | 0.00 | 0.00 |
| 011 | LAKE / MCHENRY PATHOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LDG FINANCIAL SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MHS PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NATIONAL ASSET RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PORTFOLIO RECOVERY ASSOCIATES | 665.29 | 665.29 | 0.00 | 0.00 |
| 019 | RMS - RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | STEVEN J. RESIS, M.D., S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROUNDUP FUNDING LLC | 6,061.23 | 6,061.23 | 0.00 | 0.00 |
| 022 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,862.03 | 12,862.03 | 0.00 | 0.00 |
|  | Grand Total: | 27,196.01 | 27,196.01 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008        By  /s/Heather M. Fagan